**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETEVILLE DIVISION**

**GREGORY K. WHITT**                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 5:25-CV-5243**

**UNITED STATES MARSHALS SERVICE
DEPUTY ISAAC RODRIGUEZ;
8 UNKNOWN AGENTS; BRENT TOBIAS ARRIOLA;
HOUSTON GARNER; CIRCUIT JUDGE
ANNIE POWELL HENDRICKS;
DEPUTY HUEING; DEPUTY BIAS;
and SEBASTIAN COUNTY SHERIFF HOBE RUNION**                **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 31) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that all claims against Defendants United States Marshals Service Deputy Isaac Rodriguez, 8 Unknown Agents, Brent Tobias-Arriola, Houston Garner, and Circuit Judge Annie Powell Hendricks are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim against them upon which relief may be granted, under 28 U.S.C. § 1915A(b)(1).

This leaves for later resolution Plaintiff's claims against Defendants Deputy Hueing, Deputy Bias, and Sebastian County Sheriff Hobe Runion, who will be served with the Second Amended Complaint by separate order.

**This case should remain referred to the Magistrate Judge.**

**IT IS SO ORDERED** on this 22nd day of June, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE